IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JEFFREY M. SERNA § | |
| § | |
| v. § | CASE NO. 4:21-cv-427 |
| § | |
| CITY OF GAINESVILLE, TEXAS § | |

# DEFENDANT CITY OF GAINESVILLE'S NOTICE OF DISCLOSURE AND DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendant **CITY OF GAINESVILLE, TEXAS**, pursuant to FED.R.CIV.P. 26(a)(2), LOCAL RULE CV-26(b) and (C), the Court's SCHEDULING ORDER of December 20, 2021, and files this their NOTICE OF DISCLOSURE AND DESIGNATION OF EXPERT WITNESSES as follows:

## I.
### Expert Disclosures and Designations Sent to Plaintiff on March 11, 2022

On March 11, 2022, Defendant City of Gainesville served their DISCLOSURE AND DESIGNATION OF EXPERT WITNESSES pursuant to FED.R.CIV.P. 26(a), LOCAL RULE CV-26(b), and this Court's SCHEDULING ORDER of December 20, 2021, to Plaintiff's counsel by e-mail.

Respectfully submitted,

By: /s/ *Robert J. Davis*
**ROBERT J. DAVIS**
State Bar No. 05543500
**MATTHEWS, SHIELS, KNOTT,
EDEN, DAVIS & BEANLAND, L.L.P.**
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)

**ATTORNEY FOR DEFENDANT
CITY OF GAINESVILLE, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I served a copy of Defendant City of Gainesville's DISCLOSURE AND DESIGNATION OF EXPERT WITNESSES to the Plaintiff's counsel via e-mail. Thereafter, I electronically filed Defendant City of Gainesville's NOTICE OF EXPERT DISCLOSURES AND DESIGNATIONS with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Lantis G. Roberts.

/s/ *Robert J. Davis*
**ROBERT J. DAVIS**